```
JOHN N. AQUILINA
Attorney-at-Law
California Bar No. 096880
P.O. Box 80189
Rancho Santa Margarita, California 92688
Telephone:  951-682-1700
E-Mail:     Aquilina@johnaquilina.com

Attorney for Defendant,
HENRY QUIJADA
```

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                      Plaintiff,  )<br>                                 )<br>      vs.                        )<br>                                 )<br>ESMERALDA GOMEZ, et. al.,        )<br>HENRY QUIJADA,                   )<br>                     Defendants. )<br>_____  ) | Case No. 2:17-cr-00064-CAS/SHK-4<br><br>NOTICE AND DECLARATION OF COUNSEL FOR DEFENDANT REGARDING COUNSEL'S AVAILABILITY<br><br>(Hrg: 07-26-19; 2:00 p.m.; D-III) |

   TO:   HON. SHASHI H. KEWALRAMANI, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION; NICOLA T. HANNA, UNITED STATES ATTORNEY, by JULIE M. SHEMITZ, ASSISTANT UNITED STATES ATTORNEY;  AND TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION:

/////

/////

1

## DECLARATION OF JOHN N. AQUILINA

I, JOHN N. AQUILINA, hereby notices the court and counsel for the Government, and declare as follows:

1. On July 5, 2019, this Court appointed counsel as attorney for the defendant in the above-entitled matter.

2. On July 10, 2019, counsel was advised of the court's issuance of an order to show cause and a hearing scheduled for July 17, 2019, at which defense counsel's appearance was not required.

3. On July 16, 2019, counsel received the ex parte request to continue the hearing filed by Assistant United States Attorney, Julie M. Shemitz.

4. On July 17, 2019, counsel received the court's order continuing the hearing on the order to show cause to July 26, 2019, at 2:00 p.m.

/////

/////

/////

5.     In addition to Government counsel's notice to the court that defense counsel will not be within the district on July 26, 2019, counsel for the defendant advises the court and counsel that I will be available by telephone if the court believes it necessary to communicate with counsel during the course of this hearing. In this instance, counsel can be contacted at the telephone number on record and noted on page one of this notice.

I declare under penalty of perjury that the foregoing is true and correct, except as to those statements alleged upon information and belief, and, as to those statements, they are believed to be true and correct.

Dated: July 17, 2019, at Mission Viejo, California.

                                            Respectfully submitted,

                                            /S/ John N. Aquilina
                                            JOHN N. AQUILINA
                                            Attorney for Defendant,
                                            HENRY QUIJADA