TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JOHNPAUL LECEDRE (Cal. Bar No. 303100)
Assistant United States Attorney
Post-Conviction and Special Litigation Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4447
     Facsimile: (213) 894-0141
     E-mail:   johnpaul.lecedre@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>ESMERALDA GOMEZ, et al.,<br><br>    JAVIER HERNANDEZ<br>      Aka "Francisco Iniguez" (#3)<br><br>            Defendant. | CR No.   2:17-00064-CAS-3<br><br>GOVERNMENT'S NOTICE REGARDING SENTENCING PROCEDURE IN THE EVENT OF DEFENDANT'S NON-APPEARANCE |

   Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney JohnPaul LeCedre, hereby

//

//

files its Notice Regarding Sentencing Procedure in the Event of Defendant's Non-Appearance.

Dated: January 5, 2026            Respectfully submitted,

                                              TODD BLANCHE
                                              Deputy Attorney General

                                              BILAL A. ESSAYLI
                                              First Assistant United States
                                                Attorney

                                              ALEXANDER B. SCHWAB
                                              Assistant United States Attorney
                                              Chief, Criminal Division

                                              /s/ *JohnPaul LeCedre*
                                              JOHNPAUL LECEDRE
                                              Assistant United States Attorney

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA

**NOTICE**

The government files this notice to advise the Court regarding its anticipated procedural posture should Defendant not personally appear for the sentencing hearing currently scheduled for February 23, 2026.

As reflected in the Court's November 24, 2025 order, the government has initiated the parole process and stands ready to facilitate Defendant's lawful return to the United States for sentencing. Dkt. 478 at pp. 6-7, 10. The Court also informed Defense counsel that it considers him ethically obligated to inform Defendant of the sentencing date and availability of parole. Id. at p. 11, no. 8.

In the event Defendant fails to personally appear for sentencing, the government does not intend to seek an immediate adjudication of any contested issues at the sentencing hearing itself. Rather, the government anticipates requesting a brief continuance so that any issues concerning Defendant's absence and the parties' plea agreement, including the procedural path forward, may be addressed in an orderly manner and on a complete record.

The government submits this notice solely to apprise the Court of its anticipated procedural approach and does not seek any relief at this time.[1]

---

[1] The government sent written correspondence to counsel for Defendant on December 23, 2025 indicating the substance of the notice contained herein and has, as of this filing, received no acknowledgement or reply.

1